UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE
JOHNSON

CASE 06-80644 CIV-PAINE

MICHAEL ISAACS and HOWARD ROSENBERG, on their own behalf and others similarly situated,

    Plaintiffs,

v.

TIRE, INC., a Florida corporation,

    Defendant.
_____/

## COMPLAINT

1. Plaintiffs, MICHAEL ISAACS and HOWARD ROSENBERG (hereinafter referred to as "Plaintiffs"), were employees of Defendant, TIRE, INC., a Florida corporation, (hereinafter referred to as "Defendant"), and bring this action on behalf of themselves and other current and former employees of Defendant similarly situated to them for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b). Plaintiffs worked for Defendant Palm Beach and Broward Counties.

2. During their employment with Defendant, Plaintiffs were misclassified as assistant managers, when actually they were, at most, working foremen. In this position, Plaintiffs were non-exempt salaried employee. While they were



        assistant managers, Plaintiffs regularly worked over 40 hours in one or more work weeks and did not receive additional compensation for the hours they worked over 40.

3. Defendant, TIRE, INC., currently owns and operates retail stores all of the United States. It is the intention of this collective action to include each and every similarly situated employee who worked for Defendant at any of Defendant's locations.

4. This action is brought to recover from Defendant overtime compensation, liquidated damages, and the costs and reasonable attorney's fees under the provisions of Title 29 U.S.C. §216(b) (the Act).

5. Jurisdiction is conferred on this Court by Title 28 U.S.C. §1337 and by Title 29 U.S.C. §216(b). At all times pertinent to this Complaint, Defendant was an enterprise engaged in interstate commerce or in the production of goods for commerce as defined §3® and 3(s) of the Act, 29 U.S.C. §203® and 203(s). The annual gross sales volume of Defendant was in excess of $500,000.00 per annum.

6. The additional persons who may become Plaintiffs in this action are salaried employees who held non-exempt positions and who worked in excess of forty (40) hours during one or more work weeks on or after July 2003.

7. At all times pertinent to this Complaint, Defendant failed to comply with Title

29 U.S.C. §§201-209 in that Plaintiffs and those similarly situated to Plaintiffs performed services for Defendant for which no provision was made by the Defendant to properly pay Plaintiffs for those hours worked in excess of 40 within a work week as a result of misclassifying the assistant managers as exempt.

8. In the course of employment with Defendant, Plaintiffs and other similarly situated employees were not paid time and one-half of their regular rate of pay for all hours worked in excess of 40 hours per work week during one or more work weeks.

9. The records, if any, concerning the number of hours actually worked by Plaintiffs and all other similarly situated employees and the compensation actually paid to such employees are in the possession and custody of Defendant.

10. Plaintiff has retained the undersigned law firm and has agreed that, pursuant to the FLSA, the law firm will be paid its attorney's fees and costs.

## COUNT I
## RECOVERY OF OVERTIME COMPENSATION FOR ASSISTANT MANAGERS

11. Plaintiff readopts and realleges all allegations contained in Paragraphs 1 through 10 above.

12. Plaintiffs are entitled to be paid time and one-half of their regular rate of pay

3

for each hour worked in excess of 40 hours per work week. All similarly situated employees (assistant managers misclassified as exempt, but whose primary duties were not that of non-exempt employees) are similarly owed their overtime rate for each overtime hour they worked and were not properly paid.

13. By reason of the said intentional, willful and unlawful acts of Defendant, all Plaintiffs (Plaintiffs and those similarly situated to them) have suffered damages plus incurring costs and reasonable attorney's fees.

14. As a result of Defendant's willful violation of the Act, all Plaintiffs (Plaintiffs and those similarly situated to them) are entitled to liquidated damages.

15. Plaintiffs demand a jury trial.

WHEREFORE, Plaintiffs, MICHAEL ISAACS and HOWARD ROSENBERG, and those similarly situated to them who have or will opt into this action, demands judgment against Defendant, TIRE, INC., for the payment of all overtime hours at one and one-half their regular rate of pay due them for the hours worked by them for which they have not been properly compensated, liquidated damages and reasonable attorney's fees and costs of suit, and for all proper relief including prejudgment interest.

Dated: June 28, 2006
Boca Raton, Florida

Respectfully submitted,

Christine M. Duignan
Florida Bar No. 896500

        E-mail: cduignan@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
7800 Congress Avenue, Suite 108
Boca Raton, Florida 33487
Telephone: 561-447-8888
Facsimile: 561-447-8831
Attorneys for Plaintiff

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| MICHAEL ISAACS and HOWARD ROSENBERG, on their own behalf and others similarly situated | TIRE, INC., a Florida corporation, |
| (b) County of Residence of First Listed Plaintiff  Palm Beach  (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number) Shavitz Law Group, P.A., 7800 Congress Avenue, Suite 108 Boca Raton, FL 33487, Tel: 561-447-8888; Fax: 561-447-8831 | Attorneys (If Known) |

CIV-PAINE
MAGISTRATE JUDGE
JOHNSON

06-80644

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

9:06 CV 80644-Paine-Johnson

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☑ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☐ NO
JUDGE   DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

29 U.S.C. -216 (b) Action For Unpaid Overtime Wages

LENGTH OF TRIAL via __5__ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   DATE 6/29/06

FOR OFFICE USE ONLY
AMOUNT   RECEIPT #   IFP