UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80644-CIV-PAINE/JOHNSON

MICHAEL ISAACS and HOWARD
ROSENBERG, on their own behalf
and others similarly situated,

        Plaintiffs,

vs.

TIRE KINGDOM, INC. a Florida
corporation,

        Defendant.
_____/



FILED by _____ D.C.

APR 13 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED FINAL JUDGMENT IN FAVOR OF ALL PLAINTIFFS AND ORDER DENYING PENDING MOTIONS AS MOOT

**THIS CAUSE**, having come before this Court upon Defendant, TIRE KINGDOM, INC., and Plaintiffs, MICHAEL ISAACS and HOWARD ROSENBERG, and Opt-in Plaintiffs ROBERT STERNBERG, ARNOLD GANTZ, JAMES CAMERON AGUERO, GERARDO BARRIGA and RHONDA PRUITT's Joint Motion for Entry of Amended Final Judgment and Order Denying All Pending Motions as Moot, the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, MICHAEL ISAACS, and against Defendant, TIRE KINGDOM, INC, in the amount of Ten Thousand Five Hundred and 00/100 Dollars ($10,500.00), exclusive of attorney's fees.

2. Judgment is hereby entered in favor of Plaintiff, HOWARD ROSENBERG, and against Defendant, TIRE KINGDOM, INC, in the amount of Six Thousand and 00/100 Dollars ($6,000.00), exclusive of attorney's fees.

3. Judgment is hereby entered in favor of Opt-in Plaintiff ROBERT STERNBERG, and against Defendant, TIRE KINGDOM, INC, in the amount of Three Thousand and 00/100 Dollars ($3,000.00), exclusive of attorney's fees.

4. Judgment is hereby entered in favor of Opt-in Plaintiff, ARNOLD GANTZ, and against Defendant, TIRE KINGDOM, INC, in the amount of Two Thousand and 00/100 Dollars ($2,000.00), exclusive of attorney's fees.

5. Judgment is hereby entered in favor of Opt-in Plaintiff, JAMES CAMERON AGUERO, and against Defendant, TIRE KINGDOM, INC, in the amount of Twelve Thousand and 00/100 Dollars ($12,000.00), exclusive of attorney's fees.

6. Judgment is hereby entered in favor of Opt-in Plaintiff, GERARDO BARRIGA, and against Defendant, TIRE KINGDOM, INC, in the amount of Seven Thousand and 00/100 Dollars ($7,000.00), exclusive of attorney's fees.

7. Judgment is hereby entered in favor of Opt-in Plaintiff, RHONDA PRUITT, and against Defendant, TIRE KINGDOM, INC, in the amount of One Thousand Five Hundred and 00/100 Dollars ($1,500.00), exclusive of attorney's fees.

8. With the entry of this Amended Final Judgment, the claims of all Plaintiffs and Opt-in Plaintiffs have been resolved, including any and all claims for attorneys' fees and costs.

9. Accordingly, all pending motions are hereby denied as moot.

10. This Amended Final Judgment shall supersede and replace all prior final judgments entered in this matter, specifically Docket Entries #61, #62 and #64.

11. The Court shall not retain jurisdiction in this matter to award attorneys' fees as the issue has been resolved by the Parties and the Clerk is instructed to designate this case as **CLOSED**.

**DONE AND ORDERED** in Palm Beach County, Florida this 13th day of April 2007.

_____
JAMES C. PAINE
U.S. DISTRICT COURT JUDGE

Copies furnished to counsel of record.